IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FLEET CONNECT SOLUTIONS LLC, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:22-CV-0312-JRG-RSP (LEAD CASE) |
| SOUTHERN TIRE MART, LLC, | | |
| *Defendant*. | | |

## ORDER

Southern Tire Mart, LLC, Heritage-Crystal Clean, LLC, and AET Environmental, Inc. ("Defendants") previously filed Motions to Dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 17, 19). On April 8, 2023, Magistrate Judge Payne entered a Report and Recommendation recommending denial of Defendants' Motions. (Dkt. No. 42). Since no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motions to Dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 17, 19) are **DENIED**.

**So ORDERED and SIGNED this 26th day of April, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1